# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**367**

**CAF 12-01509**

PRESENT: CENTRA, J.P., FAHEY, LINDLEY, SCONIERS, AND WHALEN, JJ.

---

IN THE MATTER OF GILBERT QUINONES,
PETITIONER-RESPONDENT,

V                                                                    ORDER

SIOBHAN LEONARD, RESPONDENT-APPELLANT.

---

D.J. & J.A. CIRANDO, ESQS., SYRACUSE (ELIZABETH deV. MOELLER OF
COUNSEL), FOR RESPONDENT-APPELLANT.

FRANK H. HISCOCK LEGAL AID SOCIETY, SYRACUSE (RUPAK R. SHAH OF
COUNSEL), FOR PETITIONER-RESPONDENT.

THEODORE W. STENUF, ATTORNEY FOR THE CHILD, MINOA.

--------------------------------------------------------------------------------

Appeal from an order of the Supreme Court, Onondaga County
(Martha E. Mulroy, A.J.), entered July 9, 2012 in a proceeding
pursuant to Family Court Act article 6.  The order, inter alia,
granted sole legal and residential custody of the parties' child to
petitioner.

It is hereby ORDERED that the order so appealed from is
unanimously affirmed for reasons stated in the decision at Supreme
Court.

Entered:  March 21, 2014                          Frances E. Cafarell
                                                  Clerk of the Court